1086

[No. 17282-4-I.   Division One.   June 1, 1987.]

DENISE WILDER, *Appellant*, v. CRAIG PARDEY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 85-2-04069-4, Jerome M. Johnson, J., entered
August 1, 1985. *Dismissed* by unpublished opinion per
Scholfield, C.J., concurred in by Grosse and Webster, JJ.

[No. 16071-1-I.   Division One.   June 1, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
HORTON GEORGE RACETTE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-02460-3, James D. McCutcheon, Jr., J.,
entered February 4, 1985. *Affirmed in part* and *reversed in
part* by unpublished opinion per Webster, J., concurred in
by Ringold, A.C.J., Grosse, J., concurring in the result.

[No. 16476-7-I.   Division One.   June 1, 1987.]

WILLIAM H. HOLMAN, ET AL, *Appellants*, v. ST. PAUL
FIRE AND MARINE INSURANCE COMPANY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 84-2-16677-1, Terrence A. Carroll, J., entered
March 27, 1985. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Ringold, A.C.J., and Grosse, J.